UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                          CHAPTER 13
SHAWN C. RINK
TONYA L. RINK                                   CASE NO. 10-76102

**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    HSBC Mortgage Services Inc.        Court claim #: 4**

**Last four digits** of any number used to identify the debtors account: 2451

| | |
|---|---|
| *Final Cure Amount* | |
| Amount of Prepetition Arrears | $839.28 (Per Creditors Proof of Claim) |
| | +200.00 (Allowed Cost of Collection) |
| Total | $1039.28 |
| Amount Paid by Trustee | $1039.28 |

| | |
|---|---|
| *Monthly ongoing Mortgage Payment* | |
| Mortgage is paid: | |
| ☐    Thru the Chapter 13 Plan | ☒    Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders proof of claim on the debtor, debtors counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/25/2015            /s/Lydia S. Meyer
                            Lydia S. Meyer, Trustee
                            308 W. State St., Suite 212
                            Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Courts ECF System at the email address registered with the Court on this 25th Day of June, 2015.

Dated:  6/25/2015            /s/Cynthia K. Burnard

HSBC MORTGAGE SERVICES INC
BANKRUPTCY DEPARTMENT
636 GRAND REGENCY BLVD
BRANDON, FL 33510

HSBC
PO BOX 37282
BALTIMORE, MD  21297-3282

HSBC MORTGAGE SERVICES INC
PO BOX 21188
EAGAN, MN 55121-4201

BRICE, VANDER LINDEN & WERNICK, P.C.
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX 75243

SHAWN C. RINK
TONYA L. RINK
5566 FAIRWAY DRIVE
SOUTH BELOIT, IL  61080

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101